AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2020 DEC -7 PM 2:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

Julio Pizzini
_Petitioner_

v.

State of Massachusetts and Lawrence District Court
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. _____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Julio Pizzini
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: FCI Cumberland
   (b) Address: P.O. Box 1000, Cumberland, Md. 21501-1000
   (c) Your identification number: 15966-049
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court, District of New Hampshire, 55 Pleasant St., Concord, NH 03301-3941
   (b) Docket number of criminal case: 18-CR-00033-JL-10
   (c) Date of sentencing: June 4, 2019
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): I.A.D. violation

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Lawrence District Court, Fenton Judicial Center, 2 Appleton Street, Lawrence, MA 01840
   (b) Docket number, case number, or opinion number: 1818CR003197 and 1818CR000259
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Failure to honor the Interstate Agreement on Detainers Act by dismissing outstanding charges
   (d) Date of the decision or action: ongoing

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes         ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Massachusetts Supreme Court
       (2) Date of filing: via mail to clerk June 2020
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes         ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal:  **None available**

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes    ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal:  **None available**

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes    ☒ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Name of court: _____
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

   (b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
        ☐ Yes        ☒ No
        If "Yes," provide:
        (1) Name of court: _____
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

   (c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11.  **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
    ☐ Yes        ☒ No
    If "Yes," provide:
   (a)  Date you were taken into immigration custody: _____
   (b)  Date of the removal or reinstatement order: _____
   (c)  Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes        ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Lawrence District Court failed to dismiss the Complaint against me under Article III (d) of the Interstate Agreement on Detainers Act which violates federal law (the IADA) as well as my rights to due process, a speedy trial, and equal protection.

(a) Supporting facts (Be brief. Do not cite cases or law.):
On 10-5-2019, I made a request for final disposition of all untried complaints to the Lawrence District Court. Trial was not had on two outstanding complaints and over 180 days have passed. Those two complaints are on said court's docket under docket numbers 1818CR003197 and 1818CR000259

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** The State of Massachusetts violated my right to a speedy trial under the Sixth Amendment.

(a) Supporting facts (Be brief. Do not cite cases or law.):
I was indicted in two cases (docket sheets attached) in the Lawrence District Court on 1/24/2018 and 6/15/2018 respectively, however, the State of Massachusetts failed to prosecute these cases and well over two years have passed. The district attorney was notified of my incarceration and my request for a speedy trial during the year 2019.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I want the Court to grant prospective relief, compelling the Lawrence District Court to enter an order dismissing the two outstanding complaints against me pending on its docket — case nos. 1818CR003197 and 1818CR000259. The Court has jurisdiction to do so under Section 5 of the Interstate Agreement on Detainers Act.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
11/25/2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11/25/2020

*Signature of Petitioner*: Julio Pozzi

*Signature of Attorney or other authorized person, if any*